Dismissed and Opinion filed February 27, 2003









Dismissed and Opinion filed February 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00195-CR

____________

 

JOSEPH
EMILIO SAUCEDA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 351st District Court

Harris
County, Texas

Trial
Court Cause No. 864,732

 



 

M
E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of
possession of a controlled substance with the intent to manufacture or deliver
and sentenced to seven years= confinement in the Texas Department of Criminal
Justice--Institutional Division on August 21, 2001.  No motion for new trial was filed.  Appellant=s notice of appeal was not filed
until February 4, 2003.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of
appeal which complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Judgment rendered and Opinion
filed February 27, 2003.

Panel consists of Justices Yates,
Hudson, and Frost. 

Do Not Publish C Tex. R.
App. P. 47.2(b).